UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST MOORE,

                Plaintiff,

-against-

NELSON MANAGEMENT GROUP LTD.
and LBPR SERVICES, LLC,

                Defendants.

**ORDER**

22 Civ. 3515 (ER)

    The court-ordered mediation in this case was not held as the parties represent that they have reached settlement on all issues. Doc. 13. The parties are directed to submit a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) no later than **October 5, 2022**.

    SO ORDERED.

Dated:   September 14, 2022
            New York, New York

                                                                    Edgardo Ramos, U.S.D.J.